UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC W. SKURKA, | : | CIVIL NO: 1:19-CV-02127 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| ANDREW SAUL,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

### ORDER
March 11, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **VACATED** and the case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Opinion and this Order. After entering judgment in favor of Mr. Skurka and against the Commissioner as set forth in the prior sentence, the Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge